1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jake L. Kemp, on behalf of himself and others similarly situated,<br><br>         Plaintiff,<br><br>    vs.<br><br>Low Cost Interlock, Inc.,<br><br>         Defendant. | CASE NO. 5:19-CV-01445-JGB-SHK<br><br>**ORDER ALLOWING APPEARANCES BY TELEPHONE FOR JULY 13, 2020 HEARING**<br><br>Hearing Date: July 13, 2020<br><br>**NOTE CHANGE MADE BY COURT** |

Upon consideration of the parties' Stipulation and Joint Motion, and for good cause shown, **IT IS HEREBY ORDERED THAT** the parties may appear by telephone, through counsel, for the July 13, 2020 hearing on Plaintiff's Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement.

The courtroom deputy clerk shall e-mail the attorneys of record the telephone conference number 24-hours before the hearing date.

**IT IS SO ORDERED.**

DATED: June 30, 2020

Honorable Jesus G. Bernal
United States District Judge